IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| EDWARD TONEY, | * |
| Plaintiff, | * |
| vs. | * |
| | CASE NO. 4:05-CV-148 (CDL) |
| SHERIFF GARY YOCHUM, | * |
| DEPUTY ANTHONY SCOTT, | |
| DEPUTY TERRY ARNDT, | * |
| JAILER LARAMIE WILBURN, | |
| CUTHBERT POLICE OFFICER DEWAYNE | * |
| BAISDEN, and CUTHBERT POLICE | |
| OFFICER EDDIE SULLIVAN, | * |
| Defendants. | * |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on August 31, 2006, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 4th day of October, 2006.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE